■ B. F. & W. REALTY Co. et al., Respondents, v HENRY MOSKOWITZ et al., Appellants. B. F. & W. REALTY Co. et al., Respondents, v MADISON REAL ESTATE ASSOCIATES et al., Appellants. (And Two Other Actions.) [605 NYS2d 845] —Orders, Supreme Court, New York County (Edward Greenfield, J.), entered August 7, 1992 and September 11, 1992, unanimously affirmed for the reasons stated by Greenfield, J., with costs and disbursements. No opinion. Concur—Murphy, P. J., Carro, Ellerin and Nardelli, JJ.